1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, 8th Floor
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                         **SACRAMENTO DIVISION**
11
   DAVID R. WILSON,                    )
12                                     )   Case No. CIV-2:11-00936-DAD
              Plaintiff,               )
13                                     )   STIPULATION AND ORDER
         v.                            )   FOR A FIRST EXTENSION FOR
14                                     )   DEFENDANT TO FILE NOTICE, MOTION,
   COMMISSIONER OF                     )   AND MEMORANDUM IN SUPPORT OF
15 SOCIAL SECURITY,                    )   CROSS-MOTION FOR SUMMARY
                                       )   JUDGMENT AND IN OPPOSITION TO
16            Defendant.               )   PLAINTIFF'S MOTION FOR SUMMARY
                                       )   JUDGMENT
17 _____)

18

19       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until May 2, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23       This is Defendant's first request for an extension of time in this matter.

24                                         Respectfully submitted,

25 Dated: March 30, 2012                   */s/ Thomas N. Petersen*
                                           (as authorized via e-mail)
26                                         THOMAS N. PETERSEN
                                           Attorney for Plaintiff
27

28

BENJAMIN WAGNER
United States Attorney

Dated: March 30, 2012        By /s/ Elizabeth Barry
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\wilson0936.stipord.eot.wpd

2