1 | BENJAMIN WAGNER CSBN 163581
United States Attorney
2 | DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
ELIZABETH BARRY CSBN 203314
4 | Special Assistant United States Attorney

5 | 160 Spear Street, 8th Floor
San Francisco, California 94105
6 | Telephone: (415) 977-8972
Facsimile: (415) 744-0134
7 | Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID R. WILSON, ) | |
| Plaintiff, ) | Case No. CIV-2:11-00936-DAD |
| ) | |
| v. ) | STIPULATION AND ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until June 1, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: May 1, 2012          */s/ Thomas N. Petersen*
                            (as authorized via e-mail)
                            THOMAS N. PETERSEN
                            Attorney for Plaintiff

|   |   |
|---|---|
| | BENJAMIN WAGNER<br>United States Attorney |
| Dated: May 1, 2012 | By /s/ Elizabeth Barry<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\wilson0936.stipord.eot2.wpd