FREDERICK H. LUNDBLADE    CSB #220662
Black, Chapman, Webber & Stevens
221 Stewart Ave., Suite 209
Medford, OR  97501
Telephone:  (541) 772-9850
FAX:          (541) 779-7430
E-Mail: lundblade@blackchapman.com

Attorney for Plaintiff

IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. WILSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | No. 2:11-cv-00936 DAD<br><br><br><br><br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412 and 1920 |

The parties hereby stipulate, by and through their undersigned counsel, that Plaintiffs motion for attorney's fees under the Equal Access to Justice Act (EAJA), is withdrawn.

The parties further stipulate that, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of THREE THOUSAND THREE HUNDRED dollars ($3,300).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §24 12 and 1920.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to

- 1 -PLAINTIFF'S MOTION TO ALLOW EAJA FEES AND EXPENSES

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 STEWART AVE., SUITE 209
MEDFORD, OREGON 97501
(541) 772-9850

Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to David Wilson, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiffs counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under § 406, subject to the offset provisions of the EAJA.

DATED: June 10, 2013              /s/ FREDERICK H. LUNDBLADE
                                  FREDERICK H. LUNDBLADE   CSB#220662
                                  ATTORNEY FOR PLAINTIFF


DATED: June 10, 2013              /s/ Elizabeth Barry
                                  ELIZABETH BARRY signed per oral
                                  authorization of Elizabeth Barry,
                                  ATTORNEY FOR DEFENDANT

- 2 - PLAINTIFF'S MOTION TO ALLOW EAJA
FEES AND EXPENSES

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 STEWART AVE., SUITE 209
MEDFORD, OREGON 97501
(541) 772-9850

# ORDER

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $3300.00 be awarded to Plaintiff pursuant to *Astrue v. Ratliff,* 130 S.Ct.2521 (2010).

**IT IS SO ORDERED**.

DATED: June 14, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\wilson0936.stip.ord.attyfees.eaja.wpd

- 3 -PLAINTIFF'S MOTION TO ALLOW EAJA FEES AND EXPENSES

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 STEWART AVE., SUITE 209
MEDFORD, OREGON 97501
(541) 772-9850